**No. 09-958. Toby Douglas, Director, California Department of Health Care Services, Petitioner v. Independent Living Center of Southern California, Inc., et al. (two judgments).**

**No. 09-1158. Toby Douglas, Director, California Department of Health Care Services, Petitioner v. California Pharmacists Association, et al.; Toby Douglas, Director, California Department of Health Care Services, Petitioner v. California Hospital Association, et al.; Toby Douglas, Director, California Department of Health Care Services, Petitioner v. Independent Living Center of Southern California, Inc., et al.; and Toby Douglas, Director, California Department of Health Care Services, et al., Petitioners v. Lydia Dominguez, By and Through Her Mother and Next Friend, Lisa Brown, et al.**

**No. 10-283. Toby Douglas, Director, California Department of Health Care Services, Petitioner v. Santa Rosa Memorial Hospital, et al.**

564 U.S. 1064, 132 S. Ct. 72, 180 L. Ed. 2d 938, 2011 U.S. LEXIS 5194.

September 27, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 10-507. Pacific Operators Offshore, LLP, et al., Petitioners v. Luisa L. Valladolid, et al.**

564 U.S. 1065, 132 S. Ct. 72, 180 L. Ed. 2d 938, 2011 U.S. LEXIS 5195.

September 27, 2011. Motion of the Solicitor General for divided argument granted.

**No. 10-553. Hosanna-Tabor Evangelical Lutheran Church and School, Petitioner v. Equal Employment Opportunity Commission, et al.**

564 U.S. 1065, 132 S. Ct. 72, 180 L. Ed. 2d 938, 2011 U.S. LEXIS 5192.

September 27, 2011. Motion of the Solicitor General for divided argument granted.

**No. 10-945. Albert W. Florence, Petitioner v. Board of Chosen Freeholders of the County of Burlington, et al.**

564 U.S. 1065, 132 S. Ct. 73, 180 L. Ed. 2d 938, 2011 U.S. LEXIS 5199.

September 27, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Motion of respondents for divided argument denied.

**No. 10-1001. Luis Mariano Martinez, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.**

564 U.S. 1065, 132 S. Ct. 73, 180 L. Ed. 2d 938, 2011 U.S. LEXIS 5198.

September 27, 2011. Motion of the Solicitor General for leave to participate